**MEMORANDUM**

TO:   HONORABLE John F. Keenan
         U.S. District Judge

FROM: **Marsha Davies-Calhoun, Chief**
         Pretrial Services Officer

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-9-09
```

RE:   Perez, Carlos
DOCKET#:   08-CR-1175-01

The attached memorandum was prepared by Pretrial Services Officer:

| **Luis Piedra** | **212-805-4141** |
|---|---|
| Name | Phone Number |

will present to Your Honor significant details about the Bail Conditions which were imposed on the above-name defendant.

We are requesting direction from the Court. Please initial the appropriate box(es) and return this form to us so that we may comply with your instructions.

[ ]   I have reviewed the information that you have supplied. I do not believe that this matter requires any action by the Court at this time.

[✓]   My office will inform all parties concerned that I will conduct a Bail Review Hearing in

   Courtroom # 20C on Feb 27, 2009 at 12:30 PM.
                        Date              Time

[ ]   I request that a Bail Review Hearing be conducted by:

   [ ]   The presiding Magistrate Judge in courtroom # 5A.

   [ ]   The District Court Judge presiding in Part I.

   [ ]   _____ at his/her earliest convenience.
              Judicial Officer

[ ]   So ordered: *John F. Keenan*